# FINAL NOTICE - PRIOR TO COURT APPEARANCE



## Ocean Springs Community Safety Program



Help Desk: 601-790-7005  Online: www.courtstatus.com
3810 Bienville Blvd. Ocean Springs, MS 39564

### STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

Agency Code 3004 - Ocean Springs Police Department
in the City of Ocean Springs, Jackson County, Mississippi

AMY DIVINE
7479 OLD CANTON ROAD
MADISON, MS 39110

Citation
OS22-95197



License Plate # MAJ0268
State: MS
VIN: 1GNDV33L76D171069

Your vehicle was identified as being driven UNINSURED on a public road on the date, time and location listed below. See image to the right. You must respond by 07/01 to avoid penalties.

**Date:** 03/30/22  **Time:** 11:28 AM
**Location:** Hwy 90, Ocean Springs, MS
**At/Near Intersection:** Hanshaw East Bound

**Amount Due:** $300
**Due Date:** 07/01/2022

THE AFFIANT HEREIN, BEING DULY SWORN UPON OATH DOES DEPOSE AND SAY THAT AT THE DATE, TIME AND LOCATON THE NAMED DEFENDANT AS OWNER OF THE LISTED MOTOR VEHICLE DID WILFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF OPERATING/ ALLOWING THE OPERATION OF A VEHICLE ON A PUBLIC ROAD WITHOUT VEHICLE INSURANCE AS REQUIRED BY MISSISSIPPI CODE §63-15-4 AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI. THE RECORDED IMAGE HEREIN IS EVIDENCE OF THE VIOLATION THAT I HAVE PERSONALLY CONFIRMED AS A DULY SWORN OFFICER AND BASED ON MY INSPECTION OF RECORDED IMAGES AND GOVERNMENT INFORMATION I HAVE DETERMINED PROBABLE CAUSE THAT THIS VEHICE WAS IN VIOLATION.

Affiant/Officer Last Name: Ducote    Badge#: 401    *Michael I Ducote*

## AVOID SUSPENSION OF YOUR LICENSE

**YOU MUST:**

**PROVIDE PROOF OF INSURANCE AT TIME OF INFRACTION.** If your vehicle was properly insured on the referenced date and time and you believe you are receiving this notice in error there is a quick and easy way to provide proof of insurance at courtstatus.com. We will correct the record. If you have any questions call the Community Safety Help Desk at 601-790-7005.

**OR:**

**ACCEPT DIVERSION AND PAY A PROGRAM FEE INSTEAD OF COURT FINES AND FEES.** You may accept diversion and pay the $300 fee by the due date on this citation. **That can avoid license suspension,** keep this violation off your record, and prevent you owing far more money and dealing with serious penalties. Go to courtstatus.com, agree to not reoffend, take a short online course and pay the fee. Credit and debit cards are accepted. If you have questions call the Community Safety Help Desk at 601-790-7005.

**OR:**

**CONTEST THIS CHARGE AND APPEAR IN COURT.** You have the right to appear before a judge to contest this charge. Before contesting it please first review the information to determine if you have a valid defense. If you appear, you are rejecting your opportunity for diversion and its benefits. Valid defenses may include: vehicle or license plate reported stolen, vehicle sold and ownership transferred prior to the date/rime of infraction, etc. If you choose this option, then you are summoned to appear in person at **Ocean Springs Municipal Court, 3810 Bienville Blvd., Ocean Springs, MS 39564 from 9 AM to 2 PM** on 07/01/2022. If you have questions, go to courtstatus.com or call the Community Safety Help Desk at 601-790-7005.

## FINAL NOTICE PRIOR TO YOUR SCHEDULED COURT APPEARANCE

**EXHIBIT 1**

If your vehicle is registered in another state and you are operating it on a roadway in Mississippi without insurance and if you do not respond to this citation, (Option 1, 2, or 3), then this case will be reported through the NonResident Violator Compact to your state's DMV. You should then expect penalties to apply in your state in addition to penalties from this Mississippi violation.

**NOTICE: Resolving this matter does not resolve other notices, citations or summons if they exist. It also does not apply to any previous or subsequent offenses in this or any other jurisdiction.**

FAILURE TO RESPOND MEANS THAT YOUR VEHICLE LICENSE PLATE WILL REMAIN ON THE STATE OF MISSISSIPPI'S LIST OF UNINSURED VEHICLES, WHICH COULD RESULT IN THE STATE SUSPENDING YOUR LICENSE. IF YOU SHOW THAT THIS CITATION IS IN ERROR, THEN THE STATE OF MISSISSIPPI WILL BE NOTIFIED TO CORRECT THEIR LIST OF UNINSURED VEHICLES. YOU HAVE THE RIGHT TO ATTEND COURT ON THIS MATTER, AND YOU MAY BE ELIGIBLE TO ENTER INTO AN INSTALLMENT AGREEMENT.

## FINAL NOTICE PRIOR TO YOUR SCHEDULED COURT APPEARANCE



# OCEAN SPRINGS POLICE DEPARTMENT
### 3810 Bienville Blvd
### Ocean Springs, Mississippi 39564

April 6, 2022

To Whom it May Concern:

The City of Ocean Springs has partnered with CourtStatus.com to address the issue of vehicles being driven without insurance. In the State of Mississippi, the vehicle owner is responsible for maintaining auto insurance on any vehicle driven (or allowed to be driven) on a public roadway.

We previously issued and mailed a Uniform Traffic Ticket to you for the misdemeanor offense of driving without vehicle insurance based on the following: the vehicle is registered in your name; one of our ALPR cameras documented this vehicle being driven on a public roadway in Ocean Springs; the Mississippi Vehicle Insurance Database showed the vehicle as uninsured on the date it was being driven; and one of our police officers verified this information. Because you have not responded to the citation, I am sending this letter and a copy of this citation to serve as a final notice.

As noted on the Ticket, you have three options to respond and address this citation:

1. Contact the Help Desk at 601-790-7005 prior to the date listed on the enclosed Ticket if you have proof of insurance for the date of the citation:

    a. If your vehicle was insured in the State of Mississippi on the date of the citation, please contact the Help Desk to provide proof of coverage, and they will update the record and clear the citation. NOTE: If your vehicle is registered in Mississippi, but your insurance lists your residence in another state, then that is considered uninsured in Mississippi. Your vehicle must be insured for the address that you have the vehicle registered.

    b. If you are serving in the U.S. military and have out-of-state insurance coverage on the cited vehicle, please contact the Help Desk. They will update the record and clear the citation.

2. Choose to complete the online diversion program: take a short course on a smart phone or computer, pay the $300.00 diversion fee, and agree not to re-offend. Ocean Springs Municipal Court fine and fees for this offense total $510.00 or more. Diversion is being offered as a lower cost option that allows you to avoid license suspension, court, and other penalties. You can choose the diversion option by going online to www.CourtStatus.com or by calling the Help Desk at 601-790-7005.

3. Reject the diversion option and appear in court. The assigned court date, time, and location are listed on the enclosed Ticket.

Our objective is for vehicle owners to meet their legal responsibility to insure their driven vehicles. This letter is our final notice that you must take action to address the enclosed ticket.

Respectfully,

Chief Mark Dunston
Ocean Springs Police Department

P.O. Box 1800
Ocean Springs, MS 39566-1800



www.oceansprings-ms.gov