# City of Senatobia Community Safety Program

Help Desk: 601-790-7005  Online: www.courtstatus.com
131 North Front St., Senatobia, MS 38668-1020

## STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

Agency Code 6902 – City of Senatobia Police Department
in the City of Senatobia, Mississippi

COLUMBUS JONES
427 NEWMAN ST
HATTIESBURG, MS 39401

**Citation SE23-85476**



License Plate #: FRC8135
State: MS
VIN: KL1TD66E89B320165

Your vehicle was identified as being driven **UNINSURED** on a public road on the date, time and location listed below. See image to the right. You must respond by 05/09 to avoid penalties.

Date: 01/02/23   Time: 1:01 PM
Location: Main St, Senatobia, MS
At/Near Intersection:

Amount Due: $300
Due Date: 05/09/2023

THE AFFIANT HEREIN, BEING DULY SWORN UPON OATH DOES DEPOSE AND SAY THAT AT THE DATE, TIME AND LOCATION THE NAMED DEFENDANT AS OWNER OF THE LISTED MOTOR VEHICLE DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF OPERATING/ ALLOWING THE OPERATION OF A VEHICLE ON A PUBLIC ROAD WITHOUT VEHICLE INSURANCE AS REQUIRED BY MISSISSIPPI CODE §63-15-4 AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI. THE RECORDED IMAGE HEREIN IS EVIDENCE OF THE VIOLATION THAT I HAVE PERSONALLY CONFIRMED AS A DULY SWORN OFFICER AND BASED ON MY INSPECTION OF RECORDED IMAGES AND GOVERNMENT INFORMATION I HAVE DETERMINED PROBABLE CAUSE THAT THIS VEHICLE WAS IN VIOLATION.

Affiant/Officer Last Name: Chandler     Badge#: 1002

## AVOID SUSPENSION OF YOUR LICENSE

YOU MUST:

**PROVIDE PROOF OF INSURANCE AT TIME OF INFRACTION.** If your vehicle was properly insured on the referenced date and time and you believe you are receiving this notice in error there is a quick and easy way to provide proof of insurance at courtstatus.com. We will correct the record. If you have any questions call the Community Safety Help Desk at 601-790-7005.

OR:

**ACCEPT DIVERSION AND PAY A PROGRAM FEE INSTEAD OF COURT FINES AND FEES.** You may accept diversion and pay the $300 fee by the due date on this citation. That can avoid license suspension, keep this violation off your record, and prevent you owing far more money and dealing with serious penalties. Go to courtstatus.com, agree to not reoffend, take a short online course and pay the fee. Credit and debit cards are accepted. If you have questions call the Community Safety Help Desk at 601-790-7005.

OR:

**CONTEST THIS CHARGE AND APPEAR IN COURT.** You have the right to appear before a judge to contest this charge. Before contesting it please first review the information to determine if you have a valid defense. If you appear, you are rejecting your opportunity for diversion and its benefits. Valid defenses may include: vehicle or license plate reported stolen, vehicle sold and ownership transferred prior to the date/time of infraction, etc. If you choose this option, then you are summoned to appear in person at **Senatobia Municipal Court 131 N. Front St., Senatobia, MS 38668 from 9 AM to 12 PM on 05/09/2023**. If you have questions, go to courtstatus.com or call the Community Safety Help Desk at 601-790-7005.

Exhibit 3