**From:** Tim Holleman <tim@boyceholleman.com>
**Sent:** Wednesday, August 16, 2023 8:16 AM
**To:** Brian Herrington
**Subject:** Securix

Brian,

Securix has confirmed in writing to me that it is a privately held company and no members are residents of the State of Mississippi. Securix does maintain an office in Mississppi but it is not its principal place of business.

Tim C. Holleman

Get [Outlook for iOS](#)

1

**EXHIBIT 1**