**Department of State: Division of Corporations**

Allowable Characters

HOME

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 7157257 | Incorporation Date / Formation Date: | 11/20/2018 (mm/dd/yyyy) |
| Entity Name: | SECURIX, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | LEGALINC CORPORATE SERVICES INC. | | |
| Address: | 651 N BROAD ST SUITE 201 | | |
| City: | MIDDLETOWN | County: | New Castle |
| State: | DE | Postal Code: | 19709 |
| Phone: | 302-894-8922 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status, Tax & History Information

[Submit]

[View Search Results]     [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

**EXHIBIT 4**