IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMY DIVINE; KARL MERCHANT; and                 PLAINTIFFS
COLUMBUS JONES, on behalf of themselves
and all others similarly situated,

v.                                 CIVIL ACTION NO.: 1:23cv196 HSO-BWR

SECURIX, LLC                                            DEFENDANT

## **PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs hereby file their Response to Defendant's Motion to Dismiss (Dkt. 10) and state as follows:

1. On August 31, 2023, Defendant filed a motion to dismiss Plaintiffs' Section 1983 claim per Federal Rule of Civil Procedure 12(b)(6) or, in the alternative, Rule 12(b)(1). Dkt. 10.

2. In their Complaint, Plaintiffs pled sufficient facts to state a Section 1983 claim that is plausible on its face. Dkt. 1. Based on the reasons and authorities contained in Plaintiffs' accompanying memorandum brief, the Court should deny Defendant's motion.

3. Pursuant to L.U.Civ.R. 7(b)(2), Plaintiffs have attached hereto their supporting exhibit.

Respectfully submitted, this the 14th day of September 2023.

                                                PLAINTIFFS,

                                                *Brian K. Herrington*
                                                Brian K. Herrington, MB# 10204
                                                Rogen K. Chhabra, MB# 99131
                                                CHHABRA GIBBS & HERRINGTON PLLC
                                                120 North Congress Street, Suite 200
                                                Jackson, Mississippi 39201
                                                T: 601-948-8005
                                                F: 601-948-8010
                                                bherrington@nationalclasslawyers.com
                                                rchhabra@nationalclasslawyers.com

1

John G. (Trae) Sims, III, MB# 99679  
SIMS LAW FIRM, PLLC  
P.O. Box 54  
Madison, MS 39130  
745 HWY 51 - Suite D  
Madison, MS 39110  
T: 601-207-3732  
trae@thesimslawfirm.com

*Attorneys for Plaintiffs*