IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMY DIVINE; KARL MERCHANT; and
COLUMBUS JONES, on behalf of themselves
and all others similarly situated                                    PLAINTIFFS

v.                                              CIVIL ACTION NO. 1:23cv196 HSO-BWR

SECURIX, LLC                                                         DEFENDANT

---

UNOPPOSED MOTION TO WITHDRAW WITH NOTICE TO
THE DEFENDANT, SECURIX, LLC

---

COMES NOW, Tim C. Holleman, Attorney for the Defendant, SECURIX, LLC and files this his Unopposed Motion To Withdraw with Notice to the Defendant Securix, LLC pursuant to Rule 83.b(3) and in support thereof, would show unto the Court the following:

I.

Tim C. Holleman, Hollis T. Holleman and BOYCE HOLLEMAN & ASSOCIATES desire to withdraw as Attorneys for the Defendant, SECURIX, LLC, as they have not be able to reach a satisfactory agreement regarding continuing to represent the Defendant, Securix LLC. Said Attorneys have advised and given notice of this Motion to the Defendant, SECURIX, LLC, and advised its principals that they can no longer represent it and the Defendant has advised it is seeking new counsel. Tim C. Holleman, Hollis T. Holleman and BOYCE HOLLEMAN & ASSOCIATES move the Court to enter an order withdrawing said Attorneys as Attorneys for the

1

Defendant, SECURIX, LLC and grant the Defendant, SECURIX, LLC time to retain new counsel to represent them in this matter.

Defendant, Securix, LLC, by and through its authorized representative, Jonathan Miller 3379 Peachtree Road, Suite 555 Atlanta, GA30326 has been provided a copy of this Motion via U. S. Mail and via email at: jm@securixsystems.com.

So moved, this the 15th day of December 2024.

BOYCE HOLLEMAN & ASSOCIATES

By: /s Tim C. Holleman_____

CERTIFICATE OF SERVICE

I, Tim C. Holleman, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.  In addition thereto I do hereby certify that I have given Notice of the Motion to Withdraw the Defendant, Securix LLC, by and through its authorized representative, Jonathan Miller 3379 Peachtree Road, Suite 555 Atlanta, GA30326 via U. S. Mail and via email at: jm@securixsystems.com.

This the 15th day of December 2024.

/s Tim C. Holleman_____

Tim C. Holleman (MS Bar #2526)
Hollis T. Holleman (MS Bar #105692)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS 39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email: tim@boyceholleman.com
        hollis@boyceholleman.com