IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMY DIVINE; KARL MERCHANT; and
COLUMBUS JONES, on behalf of themselves
and all others similarly situated                              PLAINTIFFS

v.                            CIVIL ACTION NO. 1:23cv196 HSO-BWR

SECURIX, LLC                                                                                               DEFENDANT

## MOTION TO WITHDRAW

COMES NOW, Tim C. Holleman, Attorney for the Defendant, SECURIX, LLC and files this his Motion To Withdraw, as counsel of record for the Defendant, SECURIX, LLC, and in support thereof, would show unto the Court the following:

### I.
### MOTION TO WITHDRAW

Tim C. Holleman, Hollis T. Holleman and BOYCE HOLLEMAN & ASSOCIATES desire to withdraw as Attorneys for the Defendant, SECURIX, LLC, as they have not be able to reach a satisfactory agreement regarding continuing to represent the Defendant, Securix LLC.  Said Attorneys have previously and repeatedly advised Defendant, SECURIX, LLC, that they can no longer represent it and the Defendant should seek new counsel.  Tim C. Holleman, Hollis T. Holleman and BOYCE HOLLEMAN & ASSOCIATES move the Court to enter an order withdrawing said Attorneys as Attorneys for the Defendant, SECURIX, LLC and grant the Defendant, SECURIX, LLC time to retain new counsel to represent them in this matter.

1

II.

This Court entered an Order on January 23, 2025, which gave Defendant, SECURIX, LLC a deadline of February 25, 2025 to have substitute counsel enter an appearance. After this deadline, Movant may file a renewed motion to withdraw as counsel for SECURIX, LLC. (DKT#41).

III.

On February 26, 2025, the representative of Defendant, SECURIX, LLC sent an email to the U. S. Magistrate which speaks for itself. See Exhibit 1 attached hereto. Needless say the Defendant, SECURIX, LLC, has not complied with the Court's deadline.

So moved, this the 26th day of February 2025.

BOYCE HOLLEMAN & ASSOCIATES

By: /s Tim C. Holleman

CERTIFICATE OF SERVICE

I, Tim C. Holleman, do hereby certify that I have this day filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

This the 26th day of February 2025.

/s Tim C. Holleman

Tim C. Holleman (MS Bar #2526)
Hollis T. Holleman (MS Bar #105692)
BOYCE HOLLEMAN & ASSOCIATES
1720 23rd Ave./Boyce Holleman Blvd.
Gulfport, MS 39501
Telephone: (228) 863-3142
Facsimile: (228) 863-9829
Email: tim@boyceholleman.com
      hollis@boyceholleman.com