| | |
|---|---|
| **From:** | Jonathan Miller |
| **To:** | MSSDdb_Rath_Chambers |
| **Cc:** | James Koetje; Tim Holleman; Brian Herrington; dajoec@gmail.com |
| **Subject:** | Request |
| **Date:** | Wednesday, February 26, 2025 12:14:55 PM |
| **Attachments:** | Outlook-40v20du4.png |

This is a request to all parties involved, but specifically to you, Judge Rath.  The matters involving the Class Action have been provided to Federal Authorities along with other issues.  That was done prior to the order to seal by Judge Harris and we have continued to work with government authorities in matters other than those restricted by Judge Harris' order to seal.  Additionally, attorneys we have spoken with have not this seriously as they see the matter as already settled once the file has been shared with them.  The Federal ruling, the Attorney General's Letter and the responses from both Ocean Springs and Senatobia make it clear that there was never a valid cause.  They simply do not understand why there was never a bond required of Plaintiffs and never real closure.

If this is not dismissed or suspended to wait for what the FBI and other agencies determine, then we ask for an extension of 30 days as we had originally requested a sixty-day period and attorneys we contacted must be convinced to even care about this.. it is simply not being taken seriously.  We are very confident that there will be a resolution on all these matters soon and that too would certainly resolve any lingering issues with this case.  That said, we respectfully request a thirty-day extension as we can then have a proper response.  We will certainly not request a further extension as the matter will be addressed by then anyway.

We thank you in advance, Judge, for your consideration in this matter and thank others invovled also for their patience.

*[signature: Jonathan Miller]*

# Exhibit 1