IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**AMY DIVINE; KARL MERCHANT;** and
**COLUMBUS JONES**, *on behalf of themselves*
*and all others similarly situated*                                                              PLAINTIFFS

v.                                          CIVIL ACTION NO. 1:23-cv-00196-HSO-BWR

**SECURIX, LLC**                                                                                    DEFENDANT

## ORDER

THIS MATTER is before the Court *sua sponte*. Defendant Securix, LLC, acting through its Chairman Jonathan Miller, has on several recent occasions emailed the undersigned's chambers, attaching documents and accompanying electronic correspondence that has not been read or acted upon. Defendant is cautioned that judges ordinarily may not engage in *ex parte* communications with a party about a case, and it is inappropriate for any party to communicate with a judge about the substances of their case **except through court filings placed on the public docket**.

Local Uniform Civil Rule 7 provides that "[a]ny written communication with the court that is intended to be an application for relief or other action by the court must be presented by a motion," and a motion "must be filed" with the Clerk of Court. L.U.Civ.R. 7(b). Local Uniform Civil Rule 79 provides that "[e]very document used by parties moving for or opposing an adjudication by the court, other than trial or hearing exhibits, must be filed with the court." L.U.Civ.R. 79(b).

1

Defendant is on notice that the Court will not accept or act upon communications received by email. Should Defendant wish to communicate with the Court, they must do so through filings delivered to the Clerk of Court. Defendant's legal representation must personally sign any filings delivered to the Clerk of Court. FED. R. CIV. P. 11(a). Nothing Defendant has emailed to chambers' email has been considered or acted upon.

**IT IS, THEREFORE, ORDERED** that Defendant shall cease sending emails to chambers' email address. Going forward, Defendant is to communicate with the Court through signed filings by its legal representation delivered to the Clerk of Court.

**SO ORDERED,** this the 27th day of February, 2025.

*s/ Bradley W. Rath*
BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE