IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| AMY DIVINE, KARL MERCHANT, and COLUMBUS JONES, on behalf of themselves and all others similarly situated | PLAINTIFFS |
| v. | CIVIL ACTION NO.: 1:23cv196 HSO-BWR |
| SECURIX, LLC | DEFENDANT |

## NOTICE OF WITHDRAWAL OF PLAINTIFFS' PARTIAL OPPOSITION TO MOTION TO WITHDRAW

Plaintiffs Amy Divine, Karl Merchant, and Columbus Jones, on behalf of themselves and all others similarly situated, hereby withdraw their Partial Opposition to Motion to Withdraw [45]. Plaintiffs have no objection to the Motion to Withdraw [43].

Respectfully submitted, this the 18th day of March 2025.

                PLAINTIFFS,

                *s/ Brian K. Herrington*
                Brian K. Herrington, MB# 10204
                Rogen K. Chhabra, MB# 99131
                CHHABRA GIBBS & HERRINGTON PLLC
                120 N. Congress St., Ste. 200
                Jackson, MS 39201
                T: 601-326-0820
                F: 601-948-8010
                bherrington@nationalclasslawyers.com
                rchhabra@nationalclasslawyers.com

                John G. (Trae) Sims, III, MB# 99679
                SIMS LAW FIRM, PLLC
                P.O. Box 54
                Madison, MS 39130
                745 HWY 51 - Suite D
                Madison, MS 39110
                T: 601-207-3732
                trae@thesimslawfirm.com

                Attorneys for Plaintiffs and the Putative Class