# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**AMY DIVINE, KARL MERCHANT, and**                                **PLAINTIFFS**
**COLUMBUS JONES, on behalf of themselves**
**and all others similar situated**

**v.**                                          **CIVIL ACTION NO.: 1:23cv196 HSO-BWR**

**SECURIX, LLC**                                                              **DEFENDANT**

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 23, Plaintiffs Amy Divine, Karl Merchant, and Columbus Jones, on behalf of themselves and all others similarly situated ("Plaintiffs"), file this Motion for Class Certification and, in support, state the following:

1. Defendant concocted an unlawful scheme ("Diversion Program") to extort money from motorists by issuing "tickets" for allegedly operating a motor vehicle without proper insurance. Plaintiffs' tickets are attached hereto as collective Exhibit 1. Since its inception, the Diversion Program has issued thousands of tickets and collected millions of dollars from Plaintiffs and class members.

2. Defendant's common course of conduct makes this case amenable to treatment as a class action. As discussed in the accompanying memorandum, the putative class meets the requirements of Rule 23(a), (b)(2), and (b)(3).[1]

3. Therefore, Plaintiffs request that the Court certify the class, appoint Plaintiffs as class representatives, and appoint Plaintiffs' counsel as class counsel.

Respectfully submitted, this the 3rd day of June 2025.

---

[1] Regarding Rule 23(a)(4)'s adequacy of representation requirement, Plaintiffs attach putative class counsel's declaration as Exhibit 2.

1

PLAINTIFFS,

*s/ Brian K. Herrington*
Brian K. Herrington, MB# 10204
Rogen K. Chhabra, MB# 99131
CHHABRA GIBBS & HERRINGTON PLLC
120 N. Congress St., Ste. 200
Jackson, MS 39201
T: 601-326-0820
F: 601-948-8010
bherrington@nationalclasslawyers.com
rchhabra@nationalclasslawyers.com

John G. (Trae) Sims, III, MB# 99679
SIMS LAW FIRM, PLLC
P.O. Box 54
Madison, MS 39130
745 HWY 51 - Suite D
Madison, MS 39110
T: 601-207-3732
trae@thesimslawfirm.com

Attorneys for Plaintiffs and the Putative Class

**CERTIFICATE OF SERVICE**

I, Brian K. Herrington, do certify that, on June 3, 2025, I served a copy of the foregoing document on the following via email only:

   Jonathan Miller
   jm@securixsystems.com.

                                      *s/ Brian K. Herrington*
                                      Brian K. Herrington