# FINAL NOTICE - PRIOR TO COURT APPEARANCE



## Ocean Springs Community Safety Program

Help Desk: 601-790-7005  Online: www.courtstatus.com
3810 Bienville Blvd. Ocean Springs, MS 39564

### STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

Agency Code 3004 - Ocean Springs Police Department
in the City of Ocean Springs, Jackson County, Mississippi

AMY DIVINE
7479 OLD CANTON ROAD
MADISON, MS 39110

Citation
OS22-95197

License Plate # MAJ0268
State: MS
VIN: 1GNDV33L76D171069

Your vehicle was identified as being driven UNINSURED on a public road on the date, time and location listed below. See image to the right. You must respond by 07/01 to avoid penalties.

**Date:** 03/30/22  **Time:** 11:28 AM
**Location:** Hwy 90, Ocean Springs, MS
**At/Near Intersection:** Hanshaw East Bound

**Amount Due:** $300
**Due Date:** 07/01/2022

THE AFFIANT HEREIN, BEING DULY SWORN UPON OATH DOES DEPOSE AND SAY THAT AT THE DATE, TIME AND LOCATON THE NAMED DEFENDANT AS OWNER OF THE LISTED MOTOR VEHICLE DID WILFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF OPERATING/ ALLOWING THE OPERATION OF A VEHICLE ON A PUBLIC ROAD WITHOUT VEHICLE INSURANCE AS REQUIRED BY MISSISSIPPI CODE §63-15-4 AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI. THE RECORDED IMAGE HEREIN IS EVIDENCE OF THE VIOLATION THAT I HAVE PERSONALLY CONFIRMED AS A DULY SWORN OFFICER AND BASED ON MY INSPECTION OF RECORDED IMAGES AND GOVERNMENT INFORMATION I HAVE DETERMINED PROBABLE CAUSE THAT THIS VEHICE WAS IN VIOLATION.

Affiant/Officer Last Name: Ducote   Badge#: 401   *Michael I Ducote*

### AVOID SUSPENSION OF YOUR LICENSE

**YOU MUST:**

**PROVIDE PROOF OF INSURANCE AT TIME OF INFRACTION.** If your vehicle was properly insured on the referenced date and time and you believe you are receiving this notice in error there is a quick and easy way to provide proof of insurance at courtstatus.com. We will correct the record. If you have any questions call the Community Safety Help Desk at 601-790-7005.

**OR:**

**ACCEPT DIVERSION AND PAY A PROGRAM FEE INSTEAD OF COURT FINES AND FEES.** You may accept diversion and pay the $300 fee by the due date on this citation. **That can avoid license suspension,** keep this violation off your record, and prevent you owing far more money and dealing with serious penalties. Go to courtstatus.com, agree to not reoffend, take a short online course and pay the fee. Credit and debit cards are accepted. If you have questions call the Community Safety Help Desk at 601-790-7005.

**OR:**

**CONTEST THIS CHARGE AND APPEAR IN COURT.** You have the right to appear before a judge to contest this charge. Before contesting it please first review the information to determine if you have a valid defense. If you appear, you are rejecting your opportunity for diversion and its benefits. Valid defenses may include: vehicle or license plate reported stolen, vehicle sold and ownership transferred prior to the date/rime of infraction, etc. If you choose this option, then you are summoned to appear in person at **Ocean Springs Municipal Court, 3810 Bienville Blvd., Ocean Springs, MS 39564 from 9 AM to 2 PM** on 07/01/2022. If you have questions, go to courtstatus.com or call the Community Safety Help Desk at 601-790-7005.

## FINAL NOTICE PRIOR TO YOUR SCHEDULED COURT APPEARANCE

**EXHIBIT 1**

If your vehicle is registered in another state and you are operating it on a roadway in Mississippi without insurance and if you do not respond to this citation, (Option 1, 2, or 3), then this case will be reported through the NonResident Violator Compact to your state's DMV. You should then expect penalties to apply in your state in addition to penalties from this Mississippi violation.

**NOTICE: Resolving this matter does not resolve other notices, citations or summons if they exist. It also does not apply to any previous or subsequent offenses in this or any other jurisdiction.**

FAILURE TO RESPOND MEANS THAT YOUR VEHICLE LICENSE PLATE WILL REMAIN ON THE STATE OF MISSISSIPPI'S LIST OF UNINSURED VEHICLES, WHICH COULD RESULT IN THE STATE SUSPENDING YOUR LICENSE. IF YOU SHOW THAT THIS CITATION IS IN ERROR, THEN THE STATE OF MISSISSIPPI WILL BE NOTIFIED TO CORRECT THEIR LIST OF UNINSURED VEHICLES. YOU HAVE THE RIGHT TO ATTEND COURT ON THIS MATTER, AND YOU MAY BE ELIGIBLE TO ENTER INTO AN INSTALLMENT AGREEMENT.

# FINAL NOTICE PRIOR TO YOUR
# SCHEDULED COURT APPEARANCE

# Ocean Springs Police Department

in partnership with Securix LLC (CourtStatus.com)

Contact by Phone: 601-790-7005  Contact Online: CourtStatus.com



## STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

Agency Code 3004 - Ocean Springs Police Department in the City of Ocean Springs, Jackson County, Mississippi

**Citation Number: OS22-37999**    **Court Plea Date: 09/02/2022**

**KARL MERCHANT**
**1259 MONTICELLO BOULEVARD**
**OCEAN SPRINGS, MS 39564**

Failure to respond means that your vehicle license plate will remain on the State of Mississippi's list of uninsured vehicles, which could result in the State suspending your license.

**UPON OATH, THIS DULY SWORN OFFICER DOES DEPOSE AND SAY:** At the listed citation date, time, and location the above-named owner of the listed motor vehicle did willfully and unlawfully commit the offense of OPERATING OR ALLOWING THE OPERATION OF THE VEHICLE ON A PUBLIC ROAD WITHOUT VEHICLE INSURANCE as required by Mississippi Code §63-15-4 against the peace and dignity of the state of Mississippi. The recorded image, date, time, and location are evidence of the violation that I have personally confirmed. Based on my inspection of the image and of government records, I have determined probable cause that this vehicle owner was in violation of this statute.



**YOU ARE HEREBY NOTIFIED TO RESPOND:** on or before your Court Plea Date of **09/02/2022** (per the OPTIONS outlined below).

**Officer Last Name: Beasley**
**Badge #: 203**

**Signature:**

**Citation Date: 06/12/2022**
**Time: 2:31 PM**
**Location:**
**Bienville Blvd, Ocean Springs, MS**
**At/Near Intersection:**
**Washington Ave East Bound2**
**License Plate #:**
**JG57035**
**State: MS**
**VIN:**
**5TFTX4GN1EX027627**

## OPTIONS

If you believe this citation has been issued in error, please contact us prior to the listed Court Plea Date at 601-790-7005 or at CourtStatus.com to provide your proof of insurance; military status documents; commercial vehicle registration; certified bill of sale; stolen vehicle report; or other valid and verifiable documentation.

If you choose to complete the Diversion Program, you must respond by calling 601-790-7005 prior to your listed Court Plea Date OR by appearing in person on your Court Plea Date of 09/02/2022 (any time between 9:00 am-2:00 pm) to the Ocean Springs Municipal Court office lobby. Completion of the Diversion Program requires that you pay the $300.00 program fee (made payable to City of Ocean Springs), agree not to allow the vehicle to be driven uninsured on public roads, and take a short online course. Credit/debit card payments are accepted by phone at 601-790-7005, online at CourtStatus.com, or *in person only on your Court Plea Date*. Money order payments are accepted *in person only on your Court Plea Date*. No cash payments will be accepted.

You have the right to appear before a Judge to Contest this Citation. To contest, you must respond in person on your Court Plea Date of 09/02/2022 (any time between 9:00 am-2:00 pm) to the Ocean Springs Municipal Court office lobby. NOTE: If the Judge finds you guilty of this offense, then you will owe Ocean Springs Municipal Court fines and fees totaling $510.00. In addition, the State will suspend your driver's license for 1 year or until you pay all fines and fees, prove to the State that you have insurance, and pay the State's reinstatement fee.

NOTE: This citation is the result of three things: (1) your insurer reported to the State of Mississippi that this vehicle's insurance status was uninsured/lapsed/cancelled/invalid as of the date of this citation; (2) this same vehicle was identified by license plate as being driven on a public roadway on the date, time, and location listed below; and (3) after determining probable cause, we identified you as the owner of said vehicle.

NOTICE: Resolving this matter does not resolve other notices, citations or summons if they exist. It also does not apply to any subsequent offenses in this or any other jurisdiction.



# City of Senatobia Community Safety Program

Help Desk: 601-790-7005  Online: www.courtstatus.com
131 North Front St., Senatobia, MS 38668-1020

## STATE OF MISSISSIPPI - UNIFORM TRAFFIC TICKET

Agency Code 6902 – City of Senatobia Police Department
in the City of Senatobia, Mississippi

COLUMBUS JONES
427 NEWMAN ST
HATTIESBURG, MS 39401

Citation
SE23-85476



License Plate # FRC8135
State: MS
VIN: KL1TD66E89B320165

Your vehicle was identified as being driven UNINSURED on a public road on the date, time and location listed below. See image to the right. You must respond by 05/09 to avoid penalties.

Date: 01/02/23   Time: 1:01 PM
Location: Main St, Senatobia, MS
At/Near Intersection:

Amount Due: $300
Due Date: 05/09/2023

THE AFFIANT HEREIN, BEING DULY SWORN UPON OATH DOES DEPOSE AND SAY THAT AT THE DATE, TIME AND LOCATION THE NAMED DEFENDANT AS OWNER OF THE LISTED MOTOR VEHICLE DID WILLFULLY AND UNLAWFULLY COMMIT THE OFFENSE OF OPERATING/ ALLOWING THE OPERATION OF A VEHICLE ON A PUBLIC ROAD WITHOUT VEHICLE INSURANCE AS REQUIRED BY MISSISSIPPI CODE §63-15-4 AGAINST THE PEACE AND DIGNITY OF THE STATE OF MISSISSIPPI. THE RECORDED IMAGE HEREIN IS EVIDENCE OF THE VIOLATION THAT I HAVE PERSONALLY CONFIRMED AS A DULY SWORN OFFICER AND BASED ON MY INSPECTION OF RECORDED IMAGES AND GOVERNMENT INFORMATION I HAVE DETERMINED PROBABLE CAUSE THAT THIS VEHICLE WAS IN VIOLATION.

Affiant/Officer Last Name: Chandler    Badge#: 1002

## AVOID SUSPENSION OF YOUR LICENSE

YOU MUST:

**PROVIDE PROOF OF INSURANCE AT TIME OF INFRACTION.** If your vehicle was properly insured on the referenced date and time and you believe you are receiving this notice in error there is a quick and easy way to provide proof of insurance at courtstatus.com. We will correct the record. If you have any questions call the Community Safety Help Desk at 601-790-7005.

OR:

**ACCEPT DIVERSION AND PAY A PROGRAM FEE INSTEAD OF COURT FINES AND FEES.** You may accept diversion and pay the $300 fee by the due date on this citation. That can avoid license suspension, keep this violation off your record, and prevent you owing far more money and dealing with serious penalties. Go to courtstatus.com, agree to not reoffend, take a short online course and pay the fee. Credit and debit cards are accepted. If you have questions call the Community Safety Help Desk at 601-790-7005.

OR:

**CONTEST THIS CHARGE AND APPEAR IN COURT.** You have the right to appear before a judge to contest this charge. Before contesting it please first review the information to determine if you have a valid defense. If you appear, you are rejecting your opportunity for diversion and its benefits. Valid defenses may include: vehicle or license plate reported stolen, vehicle sold and ownership transferred prior to the date/time of infraction, etc. If you choose this option, then you are summoned to appear in person at Senatobia Municipal Court 131 N. Front St., Senatobia, MS 38668 from 9 AM to 12 PM on 05/09/2023. If you have questions, go to courtstatus.com or call the Community Safety Help Desk at 601-790-7005.