IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMY DIVINE, KARL MERCHANT, and
COLUMBUS JONES, on behalf of themselves
And all others similarly situated                                         **PLAINTIFFS**

**VERSUS**                                     CIVIL ACTION NO.: 1:23-CV-196 HSO-BWR

SECURIX, L.L.C.                                                                **DEFENDANT**

## DEFENDANT SECURIX, L.L.C.'S ANSWER TO COMPLAINT AND AFFIRMATIVE DEFENSES TO THE SAME

**COMES NOW** the Defendant Securix, L.L.C., by and through undersigned attorney of record, Steven Jay Irwin, and files this it's Answer to the Complaint filed by the Plaintiff's and it's Affirmative Defenses to the same, and in support of the action, states as follows:

### FIRST DEFENSE

Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiffs' alleged injuries were not caused by this Defendant.

### THIRD DEFENSE

Defendant asserts all affirmative defenses that are or may become available or of which Defendant may become aware (upon further investigation or discovery) under Fed. R. Civ. P. 8(c).

### FOURTH DEFENSE

Defendant asserts all affirmative defenses that are or may become available or of which Defendant may become aware (upon further investigation or discovery) under Fed. R. Civ. P. 12(b)(6) and (7).

### FIFTH DEFENSE

Plaintiffs' purported injuries resulted from a party or parties other than Defendant and/or

as the result of Plaintiffs' own wrongful acts in violation of the laws and statutes of the State of Mississippi.

## SIXTH DEFENSE

Defendant's acts and actions were authorized under the laws of the State of Mississippi.

## ANSWER

Without waiving any of the aforementioned Affirmative Defenses, Defendant would respond to the Complaint as follows:

Numbered Paragraphs 1 though 7, grouped as "Nature of the Case", are Denied.

Numbered Paragraphs 8 through 12, grouped as "Jurisdiction and Venue", are Denied

Numbered Paragraphs 13 though 15, grouped as "Parties", do not allege violations of any nature, however, out of an abundance of caution, if they do so allege, they are Denied.

Numbered Paragraph 16 is Denied. Securix, L.L.C. was a Mississippi limited liability company, incorporated, operating, and conducting business in the State of Mississippi under the laws of the State of Mississippi, with its principal place of business located in Ridgeland, Mississippi until its voluntary withdrawal filed with the Mississippi Secretary of State of October 24, 2024.

Numbered Paragraphs 17 through 46, grouped together as "Facts, A Defendant's Unlawful Conduct, are Denied.

Numbered Paragraphs 47 through 60, grouped together as "B Plaintiff Devine's Experience with Defendant", and all subparts and footnotes, are Denied.

Numbered Paragraphs 61 through 74, grouped together as "C Plaintiff Merchant's Experience with Defendant", are Denied.

Numbered Paragraphs 75 through 89, grouped together as "D Plaintiff Jones' Experience

with Defendant, are Denied.

Numbered Paragraphs 90 through 108, grouped together as "Class Action Allegations", and all subparts and footnotes, are Denied.

Numbered Paragraphs 109 through 123, grouped together as "Claims for Relief, Count 1", and all subparts and footnotes, are Denied.

Numbered Paragraphs 124 through 130, grouped together as "Count II, Abuse of Process", are Denied.

Numbered Paragraphs 131 through 135, grouped together as "Count III, Unjust Enrichment", are Denied.

Numbered Paragraph 136 is Denied.

Unnumbered Paragraph, commencing with "WHEREFORE, Plaintiffs …" and concluding with "… just and proper." are Denied.

**WHEREFORE**, Defendant prays that after due proceedings are had, there be judgment herein in its favor and against Plaintiffs, for the full sum to be determined upon a trial of this cause, with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Respectfully submitted,

SECURIX, L.L.C., Defendant

**STEVEN JAY IRWIN**
**ATTORNEY AT LAW**
MS. BAR NO. 3033
821 Trace Court
Mandeville, Louisiana 70448
985-869-0991
Attorney for Defendant

## CERTIFICATE OF SERVICE

I, Steven Jay Irwin, attorney for Defendant Securix, L.L.C., certify that I have this day filed this Answer and Affirmative Defenses with the Clerk of this Court and have served a copy of the same by United States Mail with postage prepaid, via hand delivery, or by electronic filing in the CM/ECF upon all counsel of record in this matter.

This 31st day of July, 2025.

**STEVEN JAY IRWIN**
**Attorney for Defendant**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

AMY DIVINE, KARL MERCHANT, and
COLUMBUS JONES, on behalf of themselves
And all others similarly situated                    **PLAINTIFFS**

VERSUS                        CIVIL ACTION NO.: 1:23-CV-196 HSO-BWR

SECURIX, L.L.C.                                       **DEFENDANT**

**AFFIDAVIT OF VERIFICATION**

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

BEFORE ME, the undersigned authority, personally came and appeared:

**JONATHAN MILLER, Chairman, on behalf of SECURIX, L.L.C.**

who after being duly sworn did depose and say that he has been duly authorized to appear and speak on behalf of SECURIX, L.L.C., in this matter and the allegations set forth in its answer and affirmative defenses and are true and correct to the best of his knowledge and belief.

_____
JONATHAN MILLER, Chairman, on behalf of
SECURIX, L.L.C.

Sworn to and Subscribed before me this 31st day of July, 2025.

_____
NOTARY PUBLIC NO. 27338
COMMISSION IS FOR LIFE

STEVEN JAY IRWIN
NOTARY PUBLIC
STATE OF LOUISIANA
MY COMMISSION IS FOR LIFE

5