AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Mississippi

| | |
|---|---|
| AMY DIVINE, KARL MERCHANT, and COLUMBUS JONES, on behalf of themselves and all others similarly situated <br> Plaintiff <br> v. <br> SECURIX, L.L.C. <br> Defendant | ) <br> ) <br> ) Case No. 1:23-CV-196 HSO-BWR <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT SECURIX, L.L.C.

Date:    July 31, 2025

*Attorney's signature*

STEVEN JAY IRWIN, #3033
*Printed name and bar number*

821 Trace Court, Mandeville, Louisiana 70448
*Address*

sirwin5@bellsouth.net
*E-mail address*

985-869-0991
*Telephone number*

985-624-8854
*FAX number*