**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

**AMY DIVINE, et al.**                                                                                           **PLAINTIFFS**

**VERSUS**                                               **CAUSE NO. 1:23-cv-00196-HSO-BWR**

**SECURIX, LLC**                                                                                              **DEFENDANT**

**MOTION OF CITY OF OCEAN SPRINGS, MISSISSIPPI TO FILE
INTERVENING COMPLAINT IN INTERPLEADER**

  The City of Ocean Springs, Mississippi ("Ocean Springs"), through counsel, filed this its motion to intervene in this action for the purpose of filing an intervening complaint in interpleader in order to interplead certain funds received by Ocean Springs in to the registry of the Court for a final and binding determination of the party(ies) entitled to said proceeds, and in support submits the following:

  1. Plaintiffs filed their [1] Complaint seeking class certification for individuals regarding allegations that Defendant Securix unlawfully operated a Diversion Program with municipal governments including Ocean Springs.

  2. Ocean Springs entered into an agreement with Defendant Securix, LLC for Defendant Securix to operate automated license plate readers ("ALPRs") that allowed Defendant to compare license plate numbers against various databases to determine whether a particular vehicle was insured or not.

  3. As part of the agreement with the Defendant, Ocean Springs received a portion of the proceeds collected by the Defendant to operate of the Diversion Program. The total amount received by the City of Ocean Springs was $468,681.13.

4. Ocean Springs requests that it be permitted to intervene in this action for the purpose of interpleading the amount of those proceeds for a final adjudication of the claims of all parties. See Fed. R. Civ. 24(b).

5. Attached as "Exhibit A" is a proposed intervening complaint that Ocean Springs requests permission to file.

WHEREFORE PREMISES CONSIDERED, The City of Ocean Springs, Mississippi respectfully request that this Court enter an order allowing Ocean Springs to intervene in this action and file its intervening complaint for the purpose of interpleading proceeds as set forth above.

Respectfully submitted this the 10th day of November 2025.

                                        CITY OF OCEAN SPRINGS, MISSISSIPPI

                    BY:    */s/ David N. Harris, Jr.*

                                        David N. Harris, Jr. (MSB#100790)

David N. Harris, Jr.
David N. Harris, Jr. Law Firm, PLLC
134 Rue Magnolia, Suite A
Biloxi, MS 39530
Telephone: (228) 236-7616
david@davidharrislawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that I have this day sent via the ECF system, a true and correct copy of the above and foregoing to the following counsel of record or pro se party by first class U.S. Mail:

Brian Kelly Herrington
bherrington@nationalclasslawyers.com

and

John G. Sims, III
trae@thesimslawfirm.com

*Attorneys for Plaintiffs Amy Divine, Karl Merchant, Columbus Jones
on behalf of themselves and all others similarly situated*

Securix, LLC
3379 Peachtree Road, Suite 555
Atlanta, GA 30326
*Pro Se Plaintiff*

**SO CERTIFIED** this the 10th day of November 2025

                                              */s/ David N. Harris, Jr.*
                                              David N. Harris, Jr. (MSB#100790)

David N. Harris, Jr.
David N. Harris, Jr. Law Firm, PLLC
134 Rue Magnolia, Suite A
Biloxi, MS 39530
Telephone: (228) 236-7616
david@davidharrislawfirm.com