# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**AMY DIVINE, KARL MERCHANT,**                    **PLAINTIFFS**
**and COLUMBUS JONES,** *on behalf of*
*themselves and all others similarly situated*

**v.**

                                              **Civil No. 1:23-cv-196-HSO-BWR**

**SECURIX, LLC**                    **DEFENDANT**

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given to the Clerk of Court and all parties of record that attorney Cliff Johnson, as Director of the MacArthur Justice Center at the University of Mississippi School of Law, enters his appearance as co-counsel for plaintiffs Amy Divine and Karl Merchant. Johnson is admitted to practice in this court.

Attorney Micah West of the Southern Poverty Law Center will seek approval for admission pro hac vice as required by the Local Rules of this Court to also serve as co- counsel for plaintiffs Divine and Merchant. This information regarding attorney West's intentions is provided only as a courtesy and is not intended to bypass or circumvent the Local Rules.

Dated: April 24, 2026

                                                     s/ *Cliff Johnson*
                                                   Cliff Johnson (Miss. Bar No. 9383)
                                                   MACARTHUR JUSTICE CENTER
                                                   481 Chucky Mullins Drive
                                                   University, Mississippi 38677
                                                   (662) 915-6863

**CERTIFICATE OF SERVICE**

I, Cliff Johnson, do hereby certify that I have this day filed the above Notice of Appearance with the Clerk of Court through the Electronic Case Filing System which sent email notifications and a correct copy of the above and foregoing Notice to all counsel of record.

Dated: April 24, 2026

_s/ *Cliff Johnson*_____
Cliff Johnson