### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

AMY DIVINE, KARL MERCHANT,                                    **PLAINTIFFS**
and COLUMBUS JONES, *on behalf*
*of themselves and all others*
*similarly situated*


**v.**                                    **Civil No. 1:23-cv-196-HSO-BWR**


SECURIX, LLC                                    **DEFENDANT**

### FEDERAL RULE OF CIVIL PROCEDURE 54(b) JUDGMENT
### OF DISMISSAL

The only claims left for resolution in this case are Plaintiffs Amy Divine's and Karl Merchant's state-law claims for unjust enrichment.  *See* Ord. [60].  Plaintiffs' 42 U.S.C. § 1983 federal due process claims and state-law claims for abuse of process have been dismissed with prejudice.  *See* Ord. [20]; Ord. [60].  Their Motion [51] for Class Certification has been denied, *see* Ord. [56], and Plaintiff Columbus Jones has been dismissed as a party in this case, *see* Ord. [60].

Although the dismissal of Plaintiff Columbus Jones and some, but not all of Plaintiffs Amy Divine's and Karl Merchant's claims, adjudicates the rights and liabilities of fewer than all the parties, the Court expressly determines that there is no just reason for delay in the entry of final judgment under Federal Rule of Civil Procedure 54(b).  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this Court directs the entry of final judgment as to Plaintiff Columbus Jones, and Jones's 42

U.S.C. § 1983 federal due process claim, state-law abuse of process claim, and state-law unjust enrichment claim against Defendant Securix, LLC are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that, this Court directs the entry of final judgment as to Plaintiffs Amy Divine's and Karl Merchant's 42 U.S.C. § 1983 federal due process claims and state-law claims for abuse of process, and these claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 27th day of April, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE